1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12  ASHWIN SUNDARRAJAN and         )
    STACEY LYN VOSS,               )  No. C 06-7825 SC
13                                 )
                 Plaintiffs,       )
14                                 )
          v.                       )  **STIPULATION TO DISMISS; AND**
15                                 )  **[PROPOSED] ORDER**
    MICHAEL CHERTOFF, Secretary of )
16  the U.S. Department of Homeland Security; )
    ALBERTO GONZALES, U.S. Attorney General; )
17  DAVID STILL, District Director, )
    U.S. Citizenship and Immigration Services; )
18  ROBERT S. MUELLER, Director of )
    Federal Bureau of Investigation; )
19                                 )
                 Defendants.       )
20                                 )

21      Plaintiffs, by and through their attorney of record, and Defendants, by and through their

22  attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action

23  in light of Plaintiff's adjustment of status application (Form I-485) being granted. The parties also

24  request that the Court vacate the hearing on Defendants' motion to dismiss scheduled for April 20,

25  2007.

26      Each of the parties shall bear their own costs and fees.

27  ///

28  ///

Stip. to Dismiss
C06-7825 SC                              1

| | |
|---|---|
| Dated: March 30, 2007 | Respectfully submitted, |
| | SCOTT N. SCHOOLS<br>United States Attorney |
| | /s/<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorney for Defendants |
| Dated: March 28, 2007 | /s/<br>JULIA DAY MARQUEZ<br>Attorney for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   4/3/07

SAMUEL CONTI
United States District Judge

Stip. to Dismiss
C06-7825 SC                                          2